BENJAMIN APPLESTEIN, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. UNITED BOARD AND CARTON CORPORATION, A NEW JERSEY CORPORATION, *ET AL.*, DEFENDANTS-RESPONDENTS, AND SAUL L. EPSTEIN AND INTERSTATE CONTAINER CORPORATION, DEFENDANTS-APPELLANTS.

MARTHA U. BEUERLEIN, ETC., PLAINTIFF-RESPONDENT, v. UNITED BOARD & CARTON CORP., *ET AL.*, DEFENDANTS-RESPONDENTS, AND SAUL L. EPSTEIN, *ET AL.*, DEFENDANTS-APPELLANTS.

Argued June 6, 1960—Decided June 13, 1960.

*Mr. Daniel G. Kasen* argued the cause for the appellants (*Messrs. Kasen, Schnitzer & Kasen,* attorneys; *Mr. Morris M. Schnitzer,* of counsel).

*Mr. David Friedenberg* argued the cause for the respondents Francis X. Conway, *et al.* (*Mr. Maurice C. Brigadier,* attorney).

*Mr. Philip J. Albert* argued the cause for the respondent Benjamin Applestein (*Messrs. Levy, Levy & Albert,* attorneys).

*Mr. Isadore Glauberman* argued the case for the respondent United Board & Carton Corporation (*Mr. Sheldon A. Weiss,* on the brief).

*Mr. Raymond Chasan* argued the cause for the respondents Martha U. Beuerlein, *et al.* (*Messrs. Levy, Lemken & Margulies,* attorneys; *Mr. Seymour Margulies,* of counsel).

PER CURIAM. The judgment is affirmed essentially for the reasons given in the opinion of Judge Kilkenny in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.